WILLIAMS, Circuit Judge,
concurring.
The sentencing judge took Scott’s arguments into account and adequately explained the reasons for the sentence she imposed, and the judgment should be affirmed for that reason. I write separately to note my disagreement with the unnecessary position the majority takes that a district judge can never consider arguments relating to an unindicted coconspirator under 18 U.S.C. § 3553(a). The parties did not even brief that issue, and it is unnecessary to the resolution of this appeal.
This is a straightforward case: Scott claims he made an argument regarding his unindicted coconspirator that was not taken into account by the judge as a § 3553(a) consideration when it should have been. The conclusion is also straightforward: Scott did fairly (if inartfully) make such an argument under the rubric of § 3553(a), the argument was not frivolous, and the judge adequately addressed it. Having so *411 ruled, there is no need to go further and posit that sentencing courts can never take an argument regarding an unindieted conspirator into account under their broad § 3553(a) discretion.
I concur in the judgment because I believe that Scott’s arguments were adequately considered and addressed by the district court under § 3553(a). The disposition of this case does not hinge on any holding beyond that.